|   |   |
|---|---|
| 1 | **LAW OFFICES OF JAMES GRAFF-RADFORD** |
| 2 | JAMES GRAFF-RADFORD (238129) |
|   | Jamesgr@graffradfordlaw.com |
| 3 | 73700 El Paseo Drive |
|   | Palm Desert, CA  92260 |
| 4 | Telephone:  (760) 779-5650 |
|   | Fax:  (760) 779-5651 |

Attorney for Plaintiff,
MICHAEL KUNZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| MICHAEL KUNZ, an individual | Case No.:  EDCV 12-2008 SVW (SPx) |
|---|---|
| Plaintiff, | ASSIGNED TO THE HON. STEPHEN V. WILSON |
| vs. | **QTFGT'TG DISMISSAL** |
| GOLFSMITH USA, LLC, a Delaware Limited Liability Corporation, and DOES 1-100, inclusive. | **Action Filed:** September 21, 2012 |
|   | **Action Removed**: November 16, 2012 |
| Defendant. |   |

JS-6

1  Pursuant to the parties' stipulation through their counsel, IT IS ORDERED
2  that the above-captioned action is hereby DISMISSED WITH PREJUDICE.
3  Each side shall bear its own fees and costs, including attorneys' fees
4  incurred in connection with this matter.
5
6  DATED: May 31, 2013

_____
Hon. Stephen V. Wilson

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 Pu

- 1 -