**LAW OFFICES OF JAMES GRAFF-RADFORD**
JAMES GRAFF-RADFORD (238129)
Jamesgr@graffradfordlaw.com
73700 El Paseo Drive
Palm Desert, CA  92260
Telephone:  (760) 779-5650
Fax:  (760) 779-5651

Attorney for Plaintiff,
MICHAEL KUNZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL KUNZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GOLFSMITH USA, LLC, a Delaware Limited Liability Corporation, and DOES 1-100, inclusive.<br><br>Defendant. | Case No.:  EDCV 12-2008 SVW (SPx)<br><br>ASSIGNED TO THE HON. STEPHEN V. WILSON<br><br>**QTFGT'TG DISMISSAL**<br><br>**Action Filed:** September 21, 2012<br>**Action Removed**: November 16, 2012 |

JS-6

1    Pursuant to the parties' stipulation through their counsel, IT IS ORDERED
2    that the above-captioned action is hereby DISMISSED WITH PREJUDICE.
3    Each side shall bear its own fees and costs, including attorneys' fees
4    incurred in connection with this matter.
5
6    DATED: May 31, 2013

_____
Hon. Stephen V. Wilson

28Pu

- 1 -